IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
__Valdosta__ DIVISION

QUESTIONNAIRE FOR PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

OFFICE
2012 JUN -5 AM 8: 20
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

Raymond Carter JR #7000076870

(GIVE FULL NAME AND PRISON NUMBER OF EACH PLAINTIFF)

**Plaintiff(s)**

VS.

Deputy John Marion
Deputy Chief Pendelton
Deputy Bobby Grundy, et al.

(NAME OF EACH DEFENDANT)

**Defendant(s)**

CIVIL ACTION NO: 7:12-CV-76

## I. GENERAL INFORMATION

1. Your full name and prison number(s): Raymond Carter JR #7000076870
2. Name and location of prison where you are now confined: Lowndes County Jail 120 Prison Farm Rd Valdosta GA 31601
3. Sentence you are now serving (how long?): Possession of controlled substance
   (a) What were you convicted of? Aggravated Assault on Police Officer
   (b) Name and location of court which imposed sentence: Echols County Superior Court, In Statenville Georgia 31642
   (c) When was sentence imposed? 2-22-12
   (d) Did you appeal your sentence and/or conviction? ☐ Yes ☑ No
   (e) What was the result of your appeal? _____
   (f) Approximate date your sentence will be completed: 2-23-20

## II. PREVIOUS LAWSUITS

4. Other than the appeal of your conviction or sentence, have you ever submitted a lawsuit for filing in any federal or state court dealing with the SAME FACTS involved in this lawsuit or otherwise related to your imprisonment?   ☐ Yes   ☒ No

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:

(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH.)

(a) Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

(b) Name of Court: _____

(c) Docket Number: _____ When did you file this lawsuit? _____

(d) Name of judge assigned to case: _____

(e) Is this case still pending?   ☐ Yes   ☐ No

(f) If your answer to (e) is "No," when was it disposed of and what were the results? (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?) _____

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

6. Where are you now confined? Lowndes County Jail in Valdosta GA

(a) How long have you been at this institution? 1 1/2 months

(b) Does this institution have a grievance procedure?   ☒ Yes   ☐ No

(c) If your answer to question 6(b) is "Yes," answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?
   ☒ Yes   ☐ No

(2) What was the result? No Respond

(d) If your answer to question 6(b) is "No," explain why not: _____

(e) What, if anything, have you done to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to: 11-9-11 Talked to the nurse and Talked to FBI Agent Clark. Also I called him Talked to Jim Tunison by mail. Talked to Jail Administration IN 11-9-11

7. In what other institutions have you been confined? Give dates of entry and exit.

## VI. PARTIES TO THIS LAWSUIT

8. List the name and address of each plaintiff in this lawsuit.

Raymond Carter Jr. #200076870
323 Pete Rd.
Lake Park GA 31636

9. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

Bobby Grundy Deputy Lake Park City Police Department
John Marion Echols County Sheriff Department
Chief Deputy Pennedlton Echols County Georgia
K-9 Handler of Lowndes County Georgia Sheriff Dept.

## V. STATEMENT OF CLAIM

10. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court **WHAT** you contend happened to you, **WHEN** the incident(s) you complain about occurred, **WHERE** the incident(s) took place, **HOW** your constitutional rights were violated, and **WHO** violated them. Describe how **each** defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

Do not give any legal argument or cite any cases or statutes at this time; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. **KEEP IN MIND THAT RULE 8 OF THE *FEDERAL RULES OF CIVIL PROCEDURE* REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, AND DIRECT.** If the court needs additional information from you, you will be notified.

## STATEMENT OF CLAIM (Continued)

**Where did the incident you are complaining about occur? That is, at what institution or institutions?** It happens while I was In the County of Echols County Sheriff Deputys & Lowndes county k-9 unit

**When do you allege this incident took place?** Nov 9, 2011 12:30 pm

**What happened?** On or About 11-9-2011 The Sherriff Deputie's and K-9 units Arrived at the Place where I was doing Repair work for a friend on Air conditioning and duct work. While I was working I notice the k-9 unit walking around the house I was doing Repair work on. Then officer Malvin and Deputy Chief Pendelton came to the scuttel hole and said Hear he is come out, at that moment I started crawling directly toward the Deputys face forward from 30 feet away from the exact spot I was repairing. And when I got 6 feet from the end of the house at the point the exit where the Deputies was waiting on me with the K-9 Officer. I noticed the Dogs Barking very aggressively and I politely ask could you please move the dogs out of the exit way so that I can comply to the Deputies orders. At That Point The Dogs was Released and attack me in a very violent and cruel way. The Deputies Heard me Screamin for help to no avail and I wasn't resisting for them to let the dogs Bite me several times all over my Body while they stood there and watched. All my Bite marks are inside up and on my Head Neck and arms clearly showing I was not Retreating but only coming forward In a surrending motion. Therefore This Resulted In The immediate demand for pharamedics to assist my injuries on site. After Treatment I was booked on drug charges and Taken to Lowndes County Jail where I recieved more medical treatment Andrea Wilkes Corbett To Home owner wittness me going to Jail and my mother came my mother friend came and I was never none compliance for these Deputy to Release the K-9 on me.

11. List the name and address of every person you believe was a witness to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened.
(USE ADDITIONAL SHEETS, IF NECESSARY)

James Cason #70000822262 (He seen the severity of the Dog bites when I was booked into Lowndes County Jail) 75 Rosa Ln' Quitman GA 31643
Andrea Wilkes Corbett (950 Middolton Dr Valdosta GA 31605) - She witnessed the Attack the Arrest and the Animal wounds
Mary Lou Carter (1257 Timber Rd Lakepark GA 31636 (She seen my Injuries.

12. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes.
(USE ADDITIONAL SHEETS, IF NECESSARY)

A public Apology and All my medical expenses paid, Lost wages and I want a Jury Trial and Any fines or cost that deems proper by this Honorable Court, mental Anguish, pain and suffering, Relief for cruel and unusual punishment, and Relief for use of excessive forces, I need Relocation and protection from future Confrontations by the mis conduct of the Defendants

13. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

14. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT. IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE. If you fail to prosecute your case, it will be dismissed under Rule 41 of the *Federal Rules of Civil Procedure.*

Signed this 4th day of June, 2012.

_____
(Signature of Plaintiff)