IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| RAYMOND CARTER, JR., | * |
| Plaintiff, | * |
| v. | Case No. 7:12-cv-76(HL) |
| | * |
| JOHN MARION, BOBBY GRUNDY, ROBERT ENGLEMANN, and TIMOTHY GLASSNER, | * |
| | * |
| Defendants. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 16, 2013, and the jury verdict dated January 28, 2014, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Defendants shall also recover costs of this action.

This 3rd day of February, 2014.

Gregory J. Leonard, Clerk

s/ Robin L. Walsh, Deputy Clerk

Approved by:

*s/ Hugh Lawson*_____
HUGH LAWSON
United States District Judge