IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

RAYMOND CARTER, JR.,

    Plaintiff,

v.                                        CIVIL ACTION NO. 7:12-CV-76(HL)

JOHN MARION, BOBBY GRUNDY,
ROBERT ENGLEMANN, and
TIMOTHY GLASSNER

    Defendants.

_____/

## ITEMIZATION OF BILL OF COSTS OF DEFENDANTS MARION, ENGLEMANN AND GLASSNER

| | | |
|---|---|---:|
| 1. | Deposition Transcript – Raymond Carter, Jr. | $237.50 |
| 2. | Printing Enlargement used at trial | $27.82 |
| 3. | Witness Fee – Shirley Lewis | $40.00 |
| 4. | Costs of making copies of trial exhibits (84 @ $0.25) | $21.00 |
| 5. | **TOTAL** | **$326.32** |

KAREN L. BEGGS, CCR
525 SHALLOWBROOK FARMS ROAD
THOMASVILLE, GEORGIA 31792
(229) 228-0283
SS# 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

INVOICE

January 21, 2013

JAMES L. ELLIOTT, ESQUIRE
ELLIOTT, BLACKBURN, BARNES & GOODING, P.C.
3016 North Patterson Street
Valdosta, Georgia 31602

Re: Raymond Carter, Jr. v. Deputy Glasner,
Lowndes County Sheriff's Office, Chief
Deputy Robert Englemann, Echols County
Sheriff's Office, Deputy John Marion,
Echols County Sheriff's Office, and
Deputy Bobby Grundy, Lake Park City
Police Department
In the United States District Court
for the Middle District of Georgia
Valdosta Division
Civil Action No.: 7:12-CV-76

For: Reporting deposition of Raymond Carter, Jr.
in the above-referenced case on
January 11, 2013, in Valdosta, Georgia

COPY OF DEPOSITION TRANSCRIPT:          $237.50

(COMPLIMENTARY CONDENSED
TRANSCRIPT, WORD INDEX and
EXHIBITS.)

                    TOTAL DUE: $237.50

THANK YOU - IT WAS GOOD TO SEE YOU AGAIN!

Print Life Printing & Supplies LLC

1006 Williams Street
Valdosta Georgia 31601

# Invoice

| Date | Invoice # |
|---|---|
| 1/24/2014 | 1431 |

| Bill To |
|---|
| ELLIOTT BLACKBURN |

| Ship To |
|---|
|  |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  |  |  | 1/24/2014 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 3 | 30x42 Bonds |  | 6.00 | 18.00T |
| 3 | SUPPLIES |  | 20.00 | 60.00T |
|  |  | Sales Tax | 7.00% | 5.46 |

*signature: mcarmichael*

| Phone # | E-mail | Total |
|---|---|---|
| 229-244-5598 | info@printlifevaldosta.com | **** $83.46 /3=27.8 |

\*\*\*\* Only one of three enlargements was used at the trial of the case. JLE