IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

RAYMOND CARTER, JR.,

    Plaintiff,

v.                                                CIVIL ACTION NO. 7:12-CV-76-HL-TQL

Deputy GLASNER, Lowndes County
Sheriff's Office, Chief Deputy
ROBERT ENGLEMANN, Echols
County Sheriff's Office, Deputy
JOHN MARION, Echols County
Sheriff's Office, and Deputy
BOBBY GRUNDY, Lake Park City
Police Department,

    Defendants.

_____/

## ITEMIZATION OF BILL OF COSTS OF DEFENDANT BOBBY GRUNDY

1.    Deposition Transcript - Raymond Carter, Jr.        $608.50

**TOTAL:**                                                             $608.50

KAREN L. BEGGS, CCR
525 SHALLOWBROOK FARMS ROAD
THOMASVILLE, GEORGIA 31792
(229) 228-0283
SS# 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

INVOICE

January 21, 2013


RALEIGH W. ROLLINS, ESQUIRE
ALEXANDER & VANN, LLP
411 Gordon Avenue
Thomasville, Georgia 31792

Re:   Raymond Carter, Jr. v. Deputy Glasner,
      Lowndes County Sheriff's Office, Chief
      Deputy Robert Englemann, Echols County
      Sheriff's Office, Deputy John Marion,
      Echols County Sheriff's Office, and
      Deputy Bobby Grundy, Lake Park City
      Police Department
      In the United States District Court
      for the Middle District of Georgia
      Valdosta Division
      Civil Action No.: 7:12-CV-76

For:  Reporting deposition of Raymond Carter, Jr.
      in the above-referenced case on
      January 11, 2013, in Valdosta, Georgia


TAKE-DOWN AND O&1 DEPOSITION
TRANSCRIPT:                                      $608.50

(COMPLIMENTARY CONDENSED
TRANSCRIPT, WORD INDEX and
EXHIBITS.)

                  TOTAL DUE:  $608.50              *RwR*

THANK YOU!

| Acct Pay: | Date | Initials |
|---|---|---|
| Input Date: | 1-30-13 | RM |
| Check Date: | 1-30-13 | RM |
| Check No: | 71676 | RM |
| Mail Date: | 2-4-13 | RM |